UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
OAK-JIN OH,

          Plaintiff,

  - against -

SOO BOK CHOI (a/k/a Hye Sung Choi),
SUNG BOK CHOI, KYUNG BOK CHOI,
YOUNG ILCHOI, YOUNG JIN CHOI,
YOUNG MI CHOI, and THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF
KI SOON LEE,

          Defendants.
------------------------------------------------------x

Case No.: CV 11-3764
(DLI)(MDG)

## DEFENDANTS' MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM

Appearing Defendants Soo Bok Choi, Kyung Bok Choi, Young Il Choi, Young Jin Choi, and Young Mi Choi (collectively the "Defendants") move the Court pursuant to Fed. R. Civ. P. 41(c) for voluntary dismissal without prejudice of their counterclaims against Plaintiff Oak-Jin Oh (the "Plaintiff"). Plaintiff commenced this action on August 3, 2011 and amended her complaint in November, 2011. The three Appearing Defendants, Soo Bok Choi, Young Il Choi, Young Jin Choi, each filed answers to the First Amended Complaint on December 8, 2011. In April, Plaintiff served Defendants Kyung Bok Choi and Young Mi Choi. At the June 26 Conference, the Court extended the time for the two Defendnats Kyung Bok Choi and Young Mi Choi to respond to Plaintiff's complaint through July 10, 2012.

On July 10, 2012, Kyung Bok Choi and Young Mi Choi filed their Answer and Counterclaims on behalf of all Defendants seeking monetary relief.

1

On July 20, 2012, Plaintiff filed Notice of Motion to Dismiss Counterclaims and to Strike the Final Sentence of Paragraph 23 of Defendants' Counterclaims.

Pursuant to Fed. R. Civ. P. 41(c), Defendants now seeks to voluntarily dismiss their counterclaims against Plaintiff without prejudice.

Accordingly, Defendants request that their Counterclaims be dismissed without prejudice.

Respectfully Submitted,

Dated: July 23, 2012

_____
Seung-Jin Yang, Esq.
SONG LAW FIRM, LLC
Attorneys for Defendants
400 Kelby Street, 7th Floor
Fort Lee, NJ 07024
(201) 461-0031
syang@songlawfirm.com