Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x

OAK-JIN OH,

        Plaintiff,

  - against -

SOO BOK CHOI (a.k.a Hye Sung Choi), SUNG
BOK CHOI, KYUNG BOK CHOI, YOUNG IL
CHOI, YOUNG JIN CHOI, YOUNG MI CHOI,
and THE PERSONAL REPRESENTATIVE OF
THE ESTATE OF KI SOON LEE,

        Defendants.

------------------------------------- x

No. 11 CV 3764 (DLI) (MDG)
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, Plaintiff Oak-Jin Oh, by and through her undersigned attorneys, hereby dismisses all claims in the above-captioned matter against Defendants Young Il Choi and Young Jin Choi with prejudice.

Dated: November 14, 2014

                                  DAVIS POLK & WARDWELL LLP

                           By: _/s/ Alicia Llosa Chang_
                                Greg Andres
                                Alicia Llosa Chang
                                Michael Scheinkman
                                450 Lexington Avenue
                                New York, NY 10017
                                Telephone: 212-450-4000
                                Fax: 212-701-5800
                                greg.andres@davispolk.com
                                alicia.chang@davispolk.com
                                michael.scheinkman@davispolk.com

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND
Ivy Suriyopas
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: 212-966-5932
Fax: 212-966-4303
isuriyopas@aaldef.org

*Attorneys for Plaintiff Oak-Jin Oh*