UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x

OAK-JIN OH,

        Plaintiff,

  - against -

SOO BOK CHOI (a.k.a Hye Sung Choi), SUNG BOK CHOI, KYUNG BOK CHOI, YOUNG IL CHOI, YOUNG JIN CHOI, YOUNG MI CHOI, and THE PERSONAL REPRESENTATIVE OF THE ESTATE OF KI SOON LEE,

        Defendants.

------------------------------------- x

No. 11 CV 3764 (DLI) (MDG)
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oak-Jin Oh, by and through her undersigned attorneys, hereby dismisses all claims in the above-captioned matter against Defendant Young Mi Choi with prejudice.

Dated:  January 15, 2015

                    DAVIS POLK & WARDWELL LLP

                    By: _____
                          Greg Andres
                          Alicia Llosa Chang
                          Michael Scheinkman
                          450 Lexington Avenue
                          New York, NY  10017
                          Telephone: 212-450-4000
                          Fax: 212-701-5800
                          greg.andres@davispolk.com
                          alicia.chang@davispolk.com
                          michael.scheinkman@davispolk.com

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND

Ivy Suriyopas
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: 212-966-5932
Fax: 212-966-4303
isuriyopas@aaldef.org

*Attorneys for Plaintiff Oak-Jin Oh*