UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OAK-JIN OH,

    Plaintiff,

 - against -

SOO BOK CHOI (a.k.a Hye Sung Choi), SUNG BOK CHOI, KYUNG BOK CHOI, YOUNG IL CHOI, YOUNG JIN CHOI, YOUNG MI CHOI, and THE PERSONAL REPRESENTATIVE OF THE ESTATE OF KI SOON LEE,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 11 CV 3764 (DLI) (MDG)
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, Plaintiff Oak-Jin Oh, by and through her undersigned attorneys, hereby dismisses all claims in the above-captioned matter against Defendant Soo Bok Choi with prejudice.

Dated: May 26, 2015
    New York, NY

              DAVIS POLK & WARDWELL LLP

           By: /s/ Michael Scheinkman
              Greg Andres
              Alicia Llosa Chang
              Michael Scheinkman
              450 Lexington Avenue
              New York, NY 10017
              Telephone: 212-450-4000
              Fax: 212-701-5800
              greg.andres@davispolk.com
              alicia.chang@davispolk.com
              michael.scheinkman@davispolk.com

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND

Song Kim
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: 212-966-5932
Fax: 212-966-4303
skim@aaldef.org

*Attorneys for Plaintiff Oak-Jin Oh*