UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
OAK-JIN OH, :
:
            Plaintiff, :
:
  - against - : No. 11 CV 3764 (DLI) (MDG)
: **PLAINTIFF'S NOTICE OF**
SOO BOK CHOI (a.k.a Hye Sung Choi), SUNG : **VOLUNTARY DISMISSAL**
BOK CHOI, KYUNG BOK CHOI, YOUNG IL : **WITH PREJUDICE**
CHOI, YOUNG JIN CHOI, YOUNG MI CHOI, :
and THE PERSONAL REPRESENTATIVE OF :
THE ESTATE OF KI SOON LEE, :
:
            Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 41(a)(l) of the Federal Rules of Civil Procedure, Plaintiff Oak-Jin Oh, by and through her undersigned attorneys, hereby dismisses all claims in the above-captioned matter against Defendant Soo Bok Choi with prejudice.

Dated:  May 26, 2015
         New York, NY

                                         DAVIS POLK & WARDWELL LLP

                               By:  /s/ Michael Scheinkman
                                         Greg Andres
                                         Alicia Llosa Chang
                                         Michael Scheinkman
                                         450 Lexington Avenue
                                         New York, NY  10017
                                         Telephone: 212-450-4000
                                         Fax: 212-701-5800
                                         greg.andres@davispolk.com
                                         alicia.chang@davispolk.com
                                         michael.scheinkman@davispolk.com

ASIAN AMERICAN LEGAL DEFENSE AND
EDUCATION FUND

Song Kim
99 Hudson Street, 12th Floor
New York, New York 10013
Telephone: 212-966-5932
Fax: 212-966-4303
skim@aaldef.org

*Attorneys for Plaintiff Oak-Jin Oh*